UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI G. ABERHA, | 3:19-cv-00606-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 3, 2021 |
| DIRECTOR NEVADA DEPT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Enlargement of Time" (ECF No 45). Plaintiff requests an additional fifteen (15) days to file a response to Defendant's Motion for Summary Judgment (ECF No. 37).

Good cause appearing, Plaintiff's "Motion for Enlargement of Time" (ECF No 45) is **GRANTED**. Plaintiff shall have to and including **June 28, 2021**, in which to file a response to Defendant's Motion for Summary Judgment (ECF No. 37).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:       /s/
                Deputy Clerk