AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendant*
*Eric Delafontaine*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI G. ABERHA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECTOR NEVADA DEPT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00606-MMD-WGC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OBJECTION TO REQUEST FOR SUMMARY JUDGMENT (ECF NO. 47)**<br>**(FIRST REQUEST)** |

Defendant, Eric Delafontaine, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrea M. Dominguez, Deputy Attorney General, do hereby file this Motion for an Extension of Time to File a Reply to Plaintiff's Objection to Request for Summary Judgment (ECF No. 47) (First Request). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A) and the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. ARGUMENT

Defendant respectfully requests a 30-day extension of the time to file a reply to Plaintiff's objection to request for summary judgment from the current deadline of **June 22, 2021** to **July 22, 2021**.

Counsel for Defendant was out of the office June 10 – 16, 2021, and upon her return to the office has been ill and not able to work her normal work schedule. Counsel requires additional time to fully brief the issues.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> This Court should find good cause supports this request. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request will not hinder nor prejudice Plaintiff's case as there are no pending urgencies in this matter, and Plaintiff himself requested and received an extension to file his Objection to Defendant's motion for summary judgment. The requested 30-day extension of time should permit Defendant's counsel adequate time to respond to the motion. Defendant asserts that the requisite good cause is present to warrant the requested extension of time.

DATED this 22nd day of June, 2021.

AARON D. FORD
Attorney General

By: *(signature)* Andrea M. Dominguez
ANDREA M. DOMINGUEZ, Bar No. 15209
Deputy Attorney General
State of Nevada
Public Safety Division

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED: June 23, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE