UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ASHENAFI G. ABERHA,

                Plaintiff,

v.

DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS, et al.,

                Defendants.

3:19-cv-00606-MMD-CSD

**ORDER RE: CHANGE OF ADDRESS**

The court has received information via numerous undeliverable notices (ECF Nos. 71, 72, 74, 76, 78, 80, 82) that Plaintiff may now be housed at High Desert State Prison, **If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.**

This order shall be served upon Plaintiff in care of High Desert State Prison and Ely State Prison.

**IT IS SO ORDERED.**

DATED: March 27, 2023.

                                                                _____
                                                                 UNITED STATES MAGISTRATE JUDGE