**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHENAFI ABERHA, | Case No.: 3:19-cv-00606-MMD-CSD |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 86 |
| DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Motion to Provide Interpreter. (ECF No. 86.) To date, no response has been filed by Defendants.

Plaintiff seeks an Ethiopian interpreter for the court's settlement conference set for May 24, 2023, because he has a "hard time understanding with the English language." (*Id.*) The court notes Plaintiff's motion, although not in fluent English, adequately communicates his message and that he appears to understand the essence of the English language. At a prior show cause hearing in Case 3:20-cv-00060-MMD-CSD, on July 28, 2022, an Ethiopian interpreter was provided to assist, but Plaintiff was able to respond to the court's questions without the assistance of the interpreter and would answer questions in English before the interpreter translated the questions. Plaintiff also

made statement at the hearing on July 28, 2022, in the English language without the assistance of the interpreter.

Additionally, Plaintiff has filed numerous motions in this case including a twenty-four (24) page complaint in English.

Plaintiff has not demonstrated that he is unable to understand English and participate in the settlement conference. The court recognizes that Plaintiff may not speak perfect English; however, the court will convene the settlement conference on May 24, 2023, at 9:00 a.m. as scheduled without the assistance of an interpreter.

Plaintiff's Motion to Provide Interpreter (ECF No. 86) is **DENIED**.

**IT IS SO ORDERED.**

DATED: May 12, 2023.

_____
Craig S. Denney
United States Magistrate Judge