**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI G. ABERHA,<br><br>   Plaintiffs,<br><br>v.<br><br>DIRECTOR NEVADA DEPT OF CORRECTIONS, et al.,<br><br>   Defendants. | CASE NO.   3:19-CV-00606-MMD-CSD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Ashenafi G. Aberha and Defendant Eric Delafontaine, through their respective undersigned counsel, that the Court should vacate the current trial date for this matter currently set for February 6, 2024 and continue trial and all other pre-trial conferences to the Court's August 13, 2024 trial stack.

[remainder of page intentionally blank]

This continuance is the first continuance of trial requested and was made due to a schedule conflict of Plaintiff's counsel who recently made an appearance in this case.

| Dated this 20th day of December, 2023: | Dated this 20th day of December, 2023: |
|---|---|
| /s/ Adam J. Breeden | /s/ Douglas Rands |
| **ADAM J. BREEDEN, ESQ.**<br>Nevada Bar No. 008768<br>**BREEDEN & ASSOCIATES, PLLC**<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Phone: (702) 819-7770<br>Fax: (702) 819-7771<br>Adam@Breedenandassociates.com<br>*Attorneys for Plaintiff* | **DOUGLAS RANDS, ESQ.**<br>Nevada Bar No. 003572<br>**JESSICA E. BROWN, ESQ.**<br>Nevada Bar No. 14487<br>**NEVADA ATTORNEY GENERAL OFFC.**<br>100 N. Carson St.<br>Carson City, NV 89701<br>Phone: (775) 684-1150<br>drands@ag.nv.gov<br>j.brown@ag.nv.gov<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: December 20, 2023