**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI G. ABERHA,<br><br>  Plaintiffs,<br><br>v.<br><br>DIRECTOR NEVADA DEPT OF CORRECTIONS, et al.,<br><br>  Defendants. | CASE NO.  3:19-CV-00606-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED between Plaintiff Ashenafi G. Aberha, by and through his attorney of record, Breeden & Associates, PLLC and Defendant Eric Delafontaine, by and through his attorney of record, Douglas Rands, Senior Deputy Attorney General, that the above-referenced matter be dismissed with prejudice.

　　　IT IS FURTHER STIPULATED both parties bear their own attorney fees and costs.

Dated this 3rd day of September 2024:

/s/ Adam J. Breeden

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 3rd day of September 2024:

/s/ Douglas Rands

**DOUGLAS RANDS, ESQ.**
Nevada Bar No. 003572
**JESSICA E. BROWN, ESQ.**
Nevada Bar No. 14487
**NEVADA ATTORNEY GENERAL OFFC.**
100 N. Carson St.
Carson City, NV 89701
Phone: (775) 684-1150
drands@ag.nv.gov
j.brown@ag.nv.gov
*Attorneys for Defendants*

CASE NO. 3:19-CV-00606-MMD-CSD
Aberha v. Nevada Dept. of Corrections, et al.

## ORDER

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice.

IT IS FURTHER ORDERED that both parties bear their own attorney fees and costs.

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: ___September 3, 2024___